D. MARC HAWS
INTERIM UNITED STATES ATTORNEY
LYNNE W. LAMPRECHT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
P.O. BOX 32
BOISE, IDAHO 83707
TELEPHONE: (208) 334-1211

U. S. COURTS
JUL 13 2001
REC'D ______ FILED ______
CAMERON S. BURKE
CLERK IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE ALAN HILL,<br>THERESA D. GOOD-HILL aka TERRI HILL,<br>MICHAEL DARELL GOOD,<br>STEVE REYNOLDS, and<br>SHANE CHAVERS,<br><br>Defendants. | ) | Case No. CR-01-103 S EJL<br><br>**INDICTMENT**<br><br>**18 U.S.C. § 371**<br>**18 U.S.C. §842(h) and (i)**<br>**18 U.S.C. §844(k)**<br>**18 U.S.C. §2**<br>**18 U.S.C. §922(g)**<br>**21 U.S.C. §841(a)(1)** |

The Grand Jury charges:

**COUNT ONE**

**Title 18, U.S.C. §§371, 844(n)**

**<u>Conspiracy to Commit Offense Against the United States</u>**

From on or about June 15, 2001, and continuing thereafter up through and including June 17, 2001, in Ada and Canyon Counties in the District of Idaho, the defendants,

**DUANE ALAN HILL,**

**THERESA D. GOOD-HILL,**

**MICHAEL DARELL GOOD,**

and

**SHANE CHAVERS,**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States; that is, to steal approximately 600 pounds of explosive materials including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, 165 pounds of Orica Apex Xtra dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Handystart caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors, from a licensed dealer, namely, Intermountain Energy West, Inc., a violation of Title 18 United States Code, Section 844 (l), for the purpose of trading the explosives for the Schedule III controlled substance methamphetamine.

In support of and to further the object of the conspiracy, the following defendants committed the following overt acts:

1. On or about June 16, 2001, DUANE ALAN HILL, THERESA D. GOOD-HILL, and MICHAEL DARELL GOOD inspected five boxes of explosives that they knew to be stolen;
2. On or about June 16, 2001, DUANE ALAN HILL and SHANE CHAVERS took the five boxes of explosives to a garage attached to the residence located at 9492 W. Kuna Road, Ada County, Idaho;
3. On or about June 16, 2001, THERESA D. GOOD-HILL made telephone calls to try to locate someone who would be willing to trade methamphetamine in exchange for the stolen explosives;
4. On or about June 16, 2001, STEVE REYNOLDS told THERESA D. GOOD-HILL that he would take possession of all of the stolen explosives they could get;
5. On or about June 16, 2001, in the afternoon, DUANE ALAN HILL accompanied SHANE CHAVERS to an explosives storage site owned by Intermountain West Energy, Inc., on S. Pleasant Valley Road, Ada County, Idaho;
6. On or about June 16, 2001, DUANE ALAN HILL and SHANE CHAVERS stole approximately 600 pounds of commercial explosives and blasting caps from the Intermountain West facility.

7. On or about June 16, 2001, at 1717 Sunnyridge, Nampa, Canyon County, Idaho, DUANE ALAN HILL, THERESA D. GOOD-HILL, MICHAEL DARELL GOOD, and STEVE REYNOLDS helped transfer the stolen explosives from a pickup truck driven by SHANE CHAVERS to the Gem state paving pickup truck driven by STEVE REYNOLDS;
8. On June 16, 2001, at 1717 Sunnyridge, Nampa, Canyon County, Idaho, STEVE REYNOLDS agreed to give THERESA D. GOOD-HILL one-half ounce of methamphetamine and $300 in exchange for the explosives;
9. On or about June 16, 2001, at 1717 Sunnyridge, Nampa, Canyon County, Idaho, THERESA D. GOOD-HILL gave SHANE CHAVERS one gram of methamphetamine for helping to obtain the explosives;
10. On or about June 17, 2001, STEVE REYNOLDS gave SHANE CHAVERS and DUANE ALAN HILL $300 in partial payment for the explosives

All in violation of Title 18, United States Code, Section 371, and Section 844(n).

**COUNT TWO**

**18 U.S.C. § 842(h)**

**Unlawful Storage of Explosives**

On or about June 16, 2001, at Ada County in the District of Idaho, the defendant,

**DUANE ALAN HILL,**

did knowingly and intentionally store explosives which had been shipped in interstate commerce which he knew to be stolen, namely, approximately five boxes of explosives containing boosters, blasting caps, detcord, connectors, and dynamite,

In violation of Title 18 United States Code, Section 842(h).

**COUNT THREE**

**18 U.S.C. §§ 844 (l) and 2**

**Theft of Explosives**

On or about June 16, 2001, at Ada County in the District of Idaho, the defendants,

**DUANE HILL,**

and

**SHANE CHAVERS**

did knowingly and intentionally steal explosive materials, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, 165 pounds of Orica Apex Xtra dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Handystart caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors, from a licensed dealer, namely, Intermountain Energy West, Inc.,

In violation of Title 18, United States Code, Sections 844 (l) and 2.

**COUNT FOUR**

**18 U.S.C. §§ 842(h) and 2**

**Unlawful Receipt of Explosives**

On or about June 16, 2001, at Canyon County in the District of Idaho, the Defendants,

**DUANE ALAN GOOD,**

**THERESA D. GOOD-HILL,**

**MICHAEL DARELL GOOD,**

and

**STEVE REYNOLDS**

did knowingly receive explosive materials which had been shipped and transported in interstate commerce, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Excel and Atlas delay caps, Orica

Excel noiseless caps, and Orica connectors, knowing and having reasonable cause to believe the explosive materials were stolen,

In violation of Title 18, United States Code, Sections 842(h), 844(a) and 2.

COUNT FIVE

**18 U.S.C. §§842(i)(3) and 2**

**Unlawful Possession of Explosives by Unlawful User of Controlled Substance**

On or about June 16, 2001, at Nampa, Canyon County, in the District of Idaho, the defendants,

**DUANE ALAN HILL,**

**THERESA D. GOOD-HILL**, and

**MICHAEL DARELL GOOD,**

being unlawful users of the controlled substance methamphetamine, a Schedule III controlled substance, did knowingly and intentionally possess explosives which had been shipped in and transported in interstate commerce, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, power ditch Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors,

In violation of Title 18 United States Code, Sections 842(i)(3), 844(a) and 2.

COUNT SIX

**18 U.S.C. §§ 842(h) and 2**

**Unlawful Barter of Explosives**

On or about June 16, 2001, in Canyon County, in the District of Idaho, the defendants,

**DUANE ALAN HILL,**

**THERESA D. GOOD-HILL,**

**MICHAEL DARELL GOOD**, and

**STEVE REYNOLDS,**

did knowingly and intentionally barter explosive materials that had been shipped and transported in interstate commerce, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors, knowing and having reasonable cause to believe the explosive materials were stolen,

In violation of Title 18, United States Code, Sections 842(h) and 844(a) and 2.

**COUNT SEVEN**

**21 U.S.C. § 841(a)(1)**

**Possession of Methamphetamine with Intent to Distribute**

On or about June 16, 2001, at Nampa, Canyon County, in the District of Idaho, the defendants,

**THERESA D. GOOD-HILL**

and

**STEVE REYNOLDS,**

did knowingly and intentionally possess with intent to distribute approximately one-half ounce of a mixture and substance containing the Schedule III controlled substance methamphetamine,

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**COUNT EIGHT**

**18 U.S.C. § 842(i)(1)**

**Unlawful Possession of Explosives by Convicted Felon**

On or about June 16, 2001, in Canyon County, in the District of Idaho, the defendant,

**STEVE REYNOLDS,**

a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, namely, a conviction in the Third Judicial District for the State of Idaho, on March 13, 2001, for Possession of Marijuana in Excess of Three Ounces, a felony in violation of Idaho Code Section 37-2732(B)(5), did knowingly and intentionally possess explosives which had been

shipped and transported in interstate commerce, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors,

In violation of Title 18, United States Code, Section 842(i)(1) and 844(a).

**COUNT NINE**

**18 U.S.C. § 842(h)**

**Unlawful Storage of Explosives**

From on or about June 16, 2001, up through and including on or about June 22, 2001, the exact dates being unknown to the Grand Jury, in Canyon County, in the District of Idaho, the defendant,

**STEVE REYNOLDS,**

did knowingly and intentionally store explosive materials that had been shipped and transported in interstate commerce, that is, approximately 600 pounds of explosives including boosters, blasting caps, 18 and 25 grain detcord, 110 pounds of Orica Giant Gel dynamite, power ditch, Ensign Bickford Det caps, Orica electric caps, Orica Handydet caps, Orica Excel and Atlas delay caps, Orica Excel noiseless caps, and Orica connectors, knowing and having reasonable cause to believe, the explosive materials were stolen,

In violation of Title 18, United States Code, Sections 842(h) and 844(a).

**COUNT TEN**

**18 U.S.C. § 922(g)(3)**

**Unlawful Possession of a Firearm by a Convicted Felon**

On or about June 30, 2001, in Canyon County, in the District of Idaho, the defendant,

**STEVE REYNOLDS,**

a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, namely, a conviction in the Third Judicial District for the State of Idaho, on March 13, 2001, for Possession of Marijuana in Excess of Three Ounces, a felony in violation of Idaho

Code Section 37-2732(B)(5), did knowingly and unlawfully possess a firearm that had been shipped and transported in interstate commerce, that is, a loaded Hi-point .45 caliber, semi-automatic pistol, bearing serial number 331134,

In violation of Title 18, United States Code, Section 922(g)(3).

**COUNT ELEVEN**

**21 U.S.C. § 841(a)(1)**

**<u>Possession with Intent to Distribute Methamphetamine</u>**

On or about June 30, 2001, in Canyon County, in the District of Idaho, the defendant,

**STEVE REYNOLDS**

did possess with intent to distribute approximately three ounces of a mixture and substance containing the Schedule III controlled substance methamphetamine,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWELVE**

**18 U.S.C. § 924(c)**

**<u>Carrying a Firearm During and in Relation to a Drug Trafficking Crime</u>**

That on or about June 30, 2001, in Canyon County in the District of Idaho, the defendant,

**STEVE REYNOLDS,**

during and in relation to a drug trafficking crime, that is, possession with intent to distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance, did knowingly and intentionally carry a firearm, namely, a loaded Hi-point .45 caliber semi-automatic pistol, bearing serial number 331134,

In violation of Title 18, United States Code, Section 924(c).

**COUNT THIRTEEN**

**26 U.S.C. § 5861(d)**

**Possession of a Firearm Not Registered in the**
**<u>National Firearms Registration and Transfer Record</u>**

On or about June 29, 2001, at Canyon County, in the District of Idaho, the defendant,

**STEVE REYNOLDS,**

knowingly possessed a firearm, that is, a weapon made from a Marlin Model Glenfield 60, .22 caliber rifle, with no serial number and no butt stock, ~~having an overall length of barrel less than 26 inches,~~ which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**DATED** this 10 day of July, 2001.

**A TRUE BILL:**

FOREPERSON

D. MARC HAWS
Interim United States Attorney
By:

LYNNE W. LAMPRECHT
Assistant United States Attorney

lwl\indict.dah.wpd

# RIMINAL COVERSHEET

CR-01-103-S-EJL

DEFENDANT'S NAME: DUANE ALAN HILL

Juvenile: No

DEFENDANT'S STREET ADDRESS: (In Custody) 1717 Sunnyridge, Apt. 11D Nampa, Idaho

Service Type: WARRANT/ NON-SECRET

DEFENSE ATTORNEY: N/A
Address

Interpreter: No
If yes, language:

Telephone No.:

INVESTIGATING AGENCY & AGENT: ATF
S/A Robert C. Gantt
(208) 334-1983

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| _ Complaint | Yes Indictment | Information | _ Superseding Indictment |
| Yes Felony | ___Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Ada and Canyon | | Estimated Trial Time: 5 Days | |

| *TITLE/SECTION* | *COUNTS* | *BRIEF DESCRIPTION* | *PENALTIES* *(Include Supervised Release and Special Assessments)* |
|---|---|---|---|
| *18 U.S.C. §§ 371, 844(n)* | *1* | *Conspiracy* | *Max. 5 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(h) and 2* | *2, 4, 6* | *Unlawful Acts Relating to Explosives* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 844(l) and 2* | *3* | *Theft of Explosives* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(i)(3) and 2* | *5* | *Unlawful Possession of Explosives by Unlawful User of Controlled Substance* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |

Date: July 10, 2001

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

*(COMPLETE APPLICABLE INFORMATION)*

DEFENDANT'S NAME: DUANE ALAN HILL

ALIASES: None known

DEFENSE ATTORNEY and ADDRESS: N/A

TELEPHONE NO.:

INVESTIGATING AGENCY ATF
and OFFICER: S/A Robert C. Gantt

TELEPHONE NO: 334-1983

AUSA: Lynne W. Lamprecht

TELEPHONE NO: (208) 334-1211

***DEFENDANT'S PERSONAL HISTORY***:

PLACE OF BIRTH:

DATE OF BIRTH: 3/13/1968

SOCIAL SECURITY NO.: 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

HEIGHT: WEIGHT: RACE:

SEX: M HAIR: _ EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

***OTHER INFORMATION:***

FBI NUMBER:

COMPLETE
DESCRIPTION OF AUTO:

PLACE OF EMPLOYMENT:

OTHER RELATED CASES:

***SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE***: USMS, please serve Warrant.

# CRIMINAL COVERSHEET CR-01-103 S EJL

DEFENDANT'S NAME: THERESA D. GOOD-HILL

Juvenile: No

DEFENDANT'S STREET ADDRESS: 1717 Sunnyridge, Apt. 11D
Nampa, Idaho

Service Type: SUMMONS/ NON-SECRET

DEFENSE ATTORNEY: S. Richard Rubin (Fed. Def's)
Address 350 N. Ninth St., #301
Boise, ID 83702
Telephone No.: (208) 388-1600

Interpreter: No
If yes, language:

INVESTIGATING AGENCY & AGENT: ATF - S/A Robert C. Gantt
(208) 334-1983

**CASE INFORMATION:** **(List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)**

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| _ Complaint | Yes Indictment | Information | _ Superseding Indictment |
| Yes Felony | ___Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Ada and Canyon | | Estimated Trial Time: 5 Days | |

| ***TITLE/SECTION*** | ***COUNTS*** | ***BRIEF DESCRIPTION*** | ***PENALTIES*** *(Include Supervised Release and Special Assessments)* |
|---|---|---|---|
| *18 U.S.C. §§ 371, 844(n)* | *1* | *Conspiracy* | *Max. 5 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(h) and 2* | *4, 6* | *Unlawful Acts Relating to Explosives* | *Max. 10 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(i)(3) and 2* | *5* | *Unlawful Possession of Explosives by Unlawful User of Controlled Substance* | *Max. 10 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *21 U.S.C. § 841(a)(1)* | *7* | *Possession of Methamphetamine With Intent to Distribute* | *Max. 5 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |

Date: July 10, 2001

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

*(COMPLETE APPLICABLE INFORMATION)*

DEFENDANT'S NAME: THERESA D. GOOD-HILL

ALIASES: TERRI HILL

DEFENSE ATTORNEY and ADDRESS: S. Richard Rubin (Federal Defenders)
350 N. Ninth Street, Suite 301
Boise, ID 83702

TELEPHONE NO.: (208) 388-1600

INVESTIGATING AGENCY ATF
and OFFICER: S/A Robert C. Gantt

TELEPHONE NO: 334-1983

AUSA: Lynne W. Lamprecht

TELEPHONE NO: (208) 334-1211

***DEFENDANT'S PERSONAL HISTORY***:

PLACE OF BIRTH:

DATE OF BIRTH: 5/14/1972

SOCIAL SECURITY NO.: Unknown

HEIGHT:

WEIGHT:

RACE:

SEX: F

HAIR: _

EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

***OTHER INFORMATION:***

FBI NUMBER:
COMPLETE
DESCRIPTION OF AUTO:
PLACE OF EMPLOYMENT:
OTHER RELATED CASES:

***SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE***: Please serve Summons on defense counsel.

# CRIMINAL COVERSHEET CR-01-103-S EJL

DEFENDANT'S NAME: MICHAEL DARELL GOOD

Juvenile: No

DEFENDANT'S STREET ADDRESS: (2713 E. Amity Ave., Nampa, ID) **IN CUSTODY**- Canyon County Jail, Caldwell, Idaho

Service Type: WARRANT/ NON-SECRET

DEFENSE ATTORNEY: N/A
Address

Interpreter: No
If yes, language:

Telephone No.:

INVESTIGATING AGENCY & AGENT: S/A Robert C. Gantt
ATF
(208) 334-1983

**CASE INFORMATION:** **(List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)**

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| _ Complaint | Yes Indictment | Information | _ Superseding Indictment |
| Yes Felony | ___Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Ada and Canyon | | Estimated Trial Time: 5 Days | |

| *TITLE/SECTION* | *COUNTS* | *BRIEF DESCRIPTION* | *PENALTIES (Include Supervised Release and Special Assessments)* |
|---|---|---|---|
| *18 U.S.C. §§ 371, 844(n)* | *1* | *Conspiracy* | *Max. 5 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(h) and 2* | *4, 6* | *Unlawful Acts Relating to Explosives* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 842(i)(3) and 2* | *5* | *Unlawful Possession of Explosives by Unlawful User of Controlled Substance* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |

Date: July 10, 2001

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

*(COMPLETE APPLICABLE INFORMATION)*

DEFENDANT'S NAME: MICHAEL DARELL GOOD

ALIASES: None known

DEFENSE ATTORNEY and ADDRESS: N/A

TELEPHONE NO.:

INVESTIGATING AGENCY ATF
and OFFICER: S/A Robert C. Gantt TELEPHONE NO: (208) 334-1983

AUSA: Lynne W. Lamprecht TELEPHONE NO: (208) 334-1211

***DEFENDANT'S PERSONAL HISTORY***:

PLACE OF BIRTH: DATE OF BIRTH: 12/23/1968
SOCIAL SECURITY NO.: 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
HEIGHT: WEIGHT: RACE:

SEX: M HAIR: _ EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

***OTHER INFORMATION:***
FBI NUMBER:
COMPLETE
DESCRIPTION OF AUTO:
PLACE OF EMPLOYMENT:
OTHER RELATED CASES:

***SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE***: USMS, please serve warrant.

# CRIMINAL COVERSHEET CR-01-103 S EJL

DEFENDANT'S NAME: STEVE REYNOLDS

Juvenile: No

DEFENDANT'S STREET ADDRESS: (5414 Cherry Ln., Nampa, ID) **IN CUSTODY**- Canyon County Jail, Caldwell, Idaho

Service Type: WARRANT/ NON-SECRET

Interpreter: No
If yes, language:

DEFENSE ATTORNEY: N/A
Address

Telephone No.:

INVESTIGATING AGENCY & AGENT: S/A Robert C. Gantt
ATF
(208) 334-1983

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| _ Complaint | Yes Indictment | Information | _ Superseding Indictment |
| Yes Felony | __Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Ada and Canyon | | Estimated Trial Time: 5 Days | |

| *TITLE/SECTION* | *COUNTS* | *BRIEF DESCRIPTION* | *PENALTIES* (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| *18 U.S.C. §§ 842(h) and 2* | *4, 6* | *Unlawful Acts Relating to Explosives* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *21 U.S.C. § 841(a)(1)* | *7, 11* | *Possession of Methamphetamine With Intent to Distribute* | *Max. 5 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. § 842(i)(1)* | *8* | *Unlawful Possession of Explosives by Convicted Felon* | *Max. 10 years prison and/or $250,000 fine;3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. § 842(h)* | *9* | *Unlawful Storage of Explosives* | *Max. 10 years prison and/or $250,000 fine;3 yrs. supervised release + $100 special assessment* |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| *18 U.S.C. § 922(g)(3)* | *10* | *Unlawful Possession of a Firearm by a Convicted Felon* | *Max. 10 years prison and/or $250,000 fine;3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. § 924(c)* | *12* | *Carrying a Firearm During and in Relation to a Drug Trafficking Crime* | *Mandatory minimum 5 yrs. prison and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *26 U.S.C. § 5861(d)* | *13* | *Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record* | *Max. 10 yrs. prison and/or $10,000 fine; 3 yrs. supervised release + $100 special assessment* |

Date: July 10, 2001

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

***(COMPLETE APPLICABLE INFORMATION)***

DEFENDANT'S NAME: STEVE REYNOLDS

ALIASES: None known

DEFENSE ATTORNEY and ADDRESS: N/A

TELEPHONE NO.:

INVESTIGATING AGENCY ATF
and OFFICER: S/A Robert C. Gantt

TELEPHONE NO: 334-1983

AUSA: Lynne W. Lamprecht

TELEPHONE NO: (208) 334-1211

***DEFENDANT'S PERSONAL HISTORY***:

PLACE OF BIRTH:

DATE OF BIRTH: 7/15/1966

SOCIAL SECURITY NO.: 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

HEIGHT:

WEIGHT:

RACE:

SEX: M

HAIR: _

EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

***OTHER INFORMATION:***

FBI NUMBER:
COMPLETE
DESCRIPTION OF AUTO:
PLACE OF EMPLOYMENT:
OTHER RELATED CASES:

***SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE***: Defendant is in custody at Canyon County Jail; please serve Warrant.

# CRIMINAL COVERSHEET

CR 01-103 S E J L

DEFENDANT'S NAME: SHANE CHAVERS

Juvenile: No

DEFENDANT'S
STREET ADDRESS: 741 E. State Street, #202
Eagle, Idaho

Service
Type: SUMMONS/
NON-SECRET

DEFENSE ATTORNEY: N/A
Address

Interpreter: No
If yes, language:

Telephone No.:
INVESTIGATING
AGENCY & AGENT: ATF
S/A Robert C. Gantt
(208) 334-1983

**CASE INFORMATION:** **(List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)**

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| _ Complaint | Yes Indictment | Information | _ Superseding Indictment |
| Yes Felony | ___Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Ada and Canyon | | Estimated Trial Time: 5 Days | |

| *TITLE/SECTION* | *COUNTS* | *BRIEF DESCRIPTION* | *PENALTIES (Include Supervised Release and Special Assessments)* |
|---|---|---|---|
| *18 U.S.C. §§ 371, 844(n)* | *1* | *Conspiracy* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |
| *18 U.S.C. §§ 844(I) and 2* | *3* | *Theft of Explosives* | *Max. 10 yrs. imprisonment and/or $250,000 fine; 3 yrs. supervised release + $100 special assessment* |

Date: July 10, 2001

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# SERVICE INFORMATION

***(COMPLETE APPLICABLE INFORMATION)***

DEFENDANT'S NAME: SHANE CHAVERS

ALIASES: *

DEFENSE ATTORNEY and ADDRESS: N/A

TELEPHONE NO.:

INVESTIGATING AGENCY ATF
and OFFICER: S/A Robert C. Gantt
TELEPHONE NO: (208) 334-1983

AUSA: Lynne W. Lamprecht
TELEPHONE NO: (208) 334-1211

***DEFENDANT'S PERSONAL HISTORY***:

PLACE OF BIRTH: * DATE OF BIRTH: 9/15/1970 SOCIAL SECURITY NO.: 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

HEIGHT: WEIGHT: RACE:

SEX: M HAIR: _ EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

***OTHER INFORMATION:***
FBI NUMBER:
COMPLETE
DESCRIPTION OF AUTO:
PLACE OF EMPLOYMENT:
OTHER RELATED CASES:

***SPECIAL INSTRUCTIONS FOR MARSHAL SERVICE***: ATF will serve Summons.